# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NAVIGATORS INSURANCE COMPANY,

    Plaintiff,

v.                              CASE NO. 4:12cv491-RH/CAS

FLORIDA DEPARTMENT OF FINANCIAL
SERVICES, etc., et al.,

    Defendants.

_____/

## ORDER GRANTING DFS LEAVE
## TO AMEND ITS ANSWER

The defendant Florida Department of Financial Services' unopposed motion, ECF No. 84, for leave to amend its answer is GRANTED. The amended answer, ECF No. 85, is deemed filed as of May 15, 2014.

SO ORDERED on May 15, 2014.

                                            s/Robert L. Hinkle
                                            United States District Judge