IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


NAVIGATORS INSURANCE COMPANY,

    Plaintiff,

v.                            CASE NO. 4:12cv491-RH/CAS

FLORIDA DEPARTMENT OF FINANCIAL
SERVICES, etc., et al.,

    Defendants.

_____/


ORDER DENYING THE RENEWED
MOTIONS FOR SUMMARY JUDGMENT


    This is a dispute over coverage under a "claims made" directors and officers liability insurance policy. The critical issue is timing: whether claims were made within the covered period. The order of January 9, 2014, ECF No. 59, denied each side's request for summary judgment and explained the factual background and issues. What was said there is not repeated here.

    Each side now has filed a new motion for summary judgment based on the additional evidence included in this record.

The insurer is the plaintiff Navigators Insurance Company ("Navigators"). It issued a directors and officers liability policy to Northern Capital, Inc. ("NCI") and its wholly owned subsidiary Northern Capital Insurance Company ("NCIC"). The defendant Florida Department of Financial Services ("the Department"), in its capacity as NCIC's receiver, has asserted claims against NCIC directors and officers. The dispute is over whether Navigators' policy covers the claims—referred to in this order as "the Department's claims."

Since entry of the January 9 order, the parties have submitted evidence that fills some of the evidentiary gaps. In one respect the new evidence contradicts a fact that was taken as true in the January 9 order. The order said there was no evidence that Navigators sent a copy of a June 28, 2010, letter to John C. Laurie (identified in the January 9 order only by his role in the transaction, not by name). But the evidence now shows that Navigators' June 28 letter made it to Mr. Laurie, although he denies reading it.

Genuine factual disputes nonetheless still exist. The disputes include (1) whether the Department's claims arise out of the Wrongful Acts described in the March 17, 2010, Wamego letter; (2) whether the Department's claims are based on acts that, when measured against the April 5, 2010, Wamego letter, involve the same "Wrongful Act" or "Related Wrongful Acts"; (3) whether Navigators waived any objection to the *form* of the Department's June 2, 2010, notice of intent to

assert claims, by failing to respond to the Department or other insureds; and (4) if Navigators waived any objection to the form of the June 2 notice, whether the Department's claims arise out of Wrongful Acts known to the Department and asserted, albeit vaguely, in the June 2 letter.

For these reasons,

IT IS ORDERED:

The renewed summary-judgment motions, ECF No. 95 & 102, are DENIED.

SO ORDERED on August 7, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge